## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

ISAAC ANTONIO VELASQUE SALAZAR,

      Petitioner,

      v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

      Respondents.

Case No. 1:26-CV-245

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on Respondents' notice of compliance of March 25, 2026. (Doc. 15). The record now reflects that Petitioner Isaac Antonio Velasque Salazar was afforded a constitutionally compliant custody redetermination hearing before an Immigration Judge, pursuant to the Court's conditional grant of habeas corpus relief.

Accordingly, Respondents' obligations are **DISCHARGED**, and this matter is **CLOSED**.[1]

      **IT IS SO ORDERED.**

                            */s/ Michael R. Barrett*
                            Michael R. Barrett
                            United States District Judge

---

[1] The Court will retain jurisdiction to adjudicate any collateral issues, including timely fee petitions under the Equal Access to Justice Act, 28 U.S.C. § 2412. *See, e.g., Cooter & Gell v. Hartmax Corp.*, 496 U.S. 384, 395 (1990).

1